

**ATTORNEYS AT LAW**

**Michael J. Steinle**

June 15, 2017

Honorable Pamela Pepper
District Court Judge
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:    United States v. Kenneth Churchill
              Case No. 17-CR-31

Dear Judge Pepper,

Please be advised that I have reviewed the Presentence Investigation Report with Mr. Churchill and we have no objections to the same. By copy of this letter to Assistant United States Attorney Benjamin Proctor and United States Probation Officer Patricia Savasta, I am informing them of same.

If you have any questions, please feel free to contact my office.

Thank you kindly.

Sincerely,

/s/ Michael J. Steinle

MICHAEL J. STEINLE
Attorney at Law
MJS/nmm

cc:    Mr. Benjamin Proctor (Email to: benjamin.proctor@usdoj.gov)
       Ms. Patricia Savasta (Email to: Patricia_Savasta@wiep.uscourts.gov)