

**Michael J. Steinle**

July 12, 2017

Honorable Pamela Pepper
District Court Judge
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:    United States v. Kenneth Churchill
             Case No. 17-CR-31

Dear Judge Pepper,

Enclosed please find for filing one (1) letter written on the Defendant's behalf for his sentencing scheduled for July 13, 2017 at 9:00 a.m.

If you have any questions, please feel free to contact my office.

Thank you kindly.

Sincerely,

/s/ Michael J. Steinle

MICHAEL J. STEINLE
Attorney at Law
MJS/nmm

cc via e-filing notification:
      Mr. Benjamin Proctor (Email to: Benjamin.Proctor@usdoj.gov)
      Mr. James Fetherston (Email to: James_Fetherston@wiep.uscourts.gov)